## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** Nature of Suit.  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** Cause of Action.  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** Requested in Complaint.  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

# EXHIBIT 1

## DISTRICT COURT OF MARYLAND FOR Baltimore County

**LOCATED AT (COURT ADDRESS)**
8914 Kelso Drive
Essex, MD 21221-3121

**CASE NO.** D-08-CV-21-019403
CV

### PARTIES

**Plaintiff**
Linda Jackson
c/o Wendell Finner, Esq. 1 E. Chase St. Ste. 1109
Baltimore, MD 21202

**vs.**

**Defendant(s):**

1. LVNV Funding, LLC c/o Res. Agt.
CSC-Lawyers Incorporating Service Co.
7 St. Paul St. Ste. 820
Baltimore, MD 21202
*Serve by:* ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Credit Control LLC c/o Res Agt
The Corporation Trust, Inc
2405 York Rd. Ste. 201
Lutherville Timonium MD 21093-2264
*Serve by:* ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. 
*Serve by:* ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. 
*Serve by:* ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

### ATTORNEYS

**For Plaintiff - Name, Address, Telephone Number & Code**
Wendell Finner 012630
Wendell Finner PC
1 E. Chase St. #1109
Baltimore, MD 21202
410-929-2440

### COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT
☐ $5,000 or under ☒ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
Defendant contacted Ms. Jackson by mail and by unauthorized automatically-dialed calls to her cellphone to collect an alleged consumer debt, in order to harass her, even though they had actual knowledge that she was represented by an attorney, in violation of the Maryland Consumer Debt Collect Act, the Maryland Consumer Protection Act, the Fair Debt Collection Act, and the Telephone Consumer Protection Act. More details are contained in the attached Detailed Statement of Claim.

_____%
_____ costs.
_____ detinue.

CPF ID No. _____

### MILITARY SERVICE

☐ Defendant(s) _____ Name _____ is in the military service.
☒ No defendant is in the military service. The facts supporting this statement are: No defendant is a natural person; corporate entities
*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military*

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

May 18, 2021                                    /s/ Wendell Finner
*Date*                                          *Signature of Affiant*

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☒ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

5/9/2021                                        /s/ Linda Jackson
*Date*                                          *Signature of Affiant*

DC-CV-001 (front) (Rev. 12/2018)

## NOTICE TO DEFENDANT

### Before Trial

**If you agree that you owe the plaintiff the amount claimed,** you may contact the plaintiff (or plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim,** you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the court to consider. **If you do nothing,** a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. **APPEAL** to the circuit court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:

   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).

   - **$5,000 or less**, you will have a new trial in the circuit court.

   On your trial date you should bring with you any evidence that you want the court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.

2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.

3. **Writ of Execution:** The court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

4. **Garnishment of Property:** The court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.

5. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.**

### NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: http://mdcourts.gov/reference/scra.html.

**AFTER THE COURT ENTERS A JUDGMENT:**
1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 12/2018)

IN THE DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY

Linda Jackson
    Plaintiff,
vs.                                            CASE NO.:

LVNV Funding, LLC
Credit Control, LLC
    Defendants.
_____/

## DETAILED STATEMENT OF CLAIM

Linda Jackson, Plaintiff, sues LVNV Funding, LLC (LVNV) and Credit Control, LLC (Control) for their violations of the Fair Debt Collection Practices Act, Maryland Consumer Protection Act, Maryland Consumer Debt Collection Act and Telephone Consumer Protection Act (collectively, the "Acts"). Fundamentally this case is about Defendants' refusal to respect Ms. Jackson's consumer rights by contacting her to collect a consumer debt in order to harass her, even though they knew she was represented by an attorney. In support of his claim Ms. Jackson states:

1. Ms. Jackson is a natural person residing in this district and is a "consumer" as defined in the FDCPA and the MCPA.

2. LVNV is a limited liability corporation organized under the laws of Delaware. It is engaged in the business of collecting defaulted debts originated by entities other than itself.

3. Control is a limited liability corporation organized under the laws of Missouri. It is engaged in the business of collecting debts asserted to be owed to entities other than itself.

## FACTUAL BACKGROUND

6. Ms. Jackson had an alleged debt to Synchrony Bank. (Creditor) incurred for personal, family or household purposes.

7. Ms. Jackson's alleged debt is a "debt" or "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a.

8. On September 19, 2018 at 12:44 P.M. Eastern Daylight Time Ms. Jackson, through counsel, advised Creditor that she was represented by an attorney with respect to all accounts owned or serviced by Creditor and requested that Creditor cease all direct contact with Ms. Jackson and notify of Mr. Finner's representation all parties to which it gave Ms. Jackson's information. A true and correct copy of the February 18, 2019 communication to Creditor, which was confirmed received by Creditor's fax receiving equipment, is attached hereto as Exhibit A.[1]

9. The September 19, 2018 communication to Creditor placed Creditor on notice that (a) Ms. Jackson was represented by counsel with regard to her alleged debt(s), (b) Ms. Jackson did not wish to be directly contacted by Creditor or any successor of Creditor, and (c) Ms. Jackson disputed the alleged debt.

10. LVNV and Creditor are parties to an agreement, which is in those parties' exclusive possession, that provides for (a) LVNV to purchase consumer debts from Creditor and (b) Creditor to provide LVNV with attorney contact information regarding targeted consumers.

11. LVNV and Control are parties to an agreement, which is in those parties' exclusive possession, that provides for (a) Control to collect debts from consumers on LVNV's behalf and (b) LVNV to provide Control with attorney contact information regarding targeted consumers.

12. Creditor provided LVNV with contact information for Ms. Jackson's attorney.

13. LVNV provided Control with contact information for Ms. Jackson's attorney.

---

[1] The fax sent to Creditor contained a notice of representation which stated "PLEASE TAKE NOTICE that Wendell Finner PO Box 24565 Baltimore MD 21214 is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns. I authorize and instruct my creditors to disclose such information to Mr. Finner as he may request, and to direct all communications to him as my attorney." The notice was signed by Ms. Jackson and included her social security number to assist recipients in identifying affected accounts. Due to the inclusion of Ms. Jackson's social security number, the Notice of Representation is not filed herewith.

14. On January 18, 2021 Control, notwithstanding that Ms. Jackson was represented by counsel, sent Ms. Jackson a letter attempting to collect on LVNV's behalf the alleged debt to Creditor, a photograph of which is attached as Exhibit B.

15. On February 16, 2021 at 9:10 A.M. Eastern Standard Time Control telephoned Ms. Jackson's cellular telephone using automated dialing equipment.

## FAIR DEBT COLLECTION PRACTICES ACT

16. By contacting Ms. Jackson when it knew her to be represented by an attorney, LVNV and Control violated 15 U.S.C. §1692c(a)(2).

17. The natural consequence of the direct dunning of Ms. Jackson by LVNV and Control when they knew her to have an attorney was to harass Ms. Jackson, in violation of 15 U.S.C. §1692d.

WHEREFORE, Plaintiff, Linda Jackson, demands judgment against LVNV and Control for actual and statutory damages, attorneys' fees, interest and costs of suit.

## MARYLAND CONSUMER DEBT COLLECTION ACT

18. LVNV and Control could reasonably have expected that its direct communications with Ms. Jackson even though they knew her to be represented by an attorney would abuse and harass her.

19. By communicating with Ms. Jackson in such manners LVNV and Control violated the MCDCA, Md. Code, Com L. Art. §14-202(6).

20. Ms. Jackson experienced emotional distress and incurred attorneys' fees caused by Defendants' harassing communications.

WHEREFORE, Plaintiff, Linda Jackson, demands judgment against LVNV and Control for actual damages, attorneys' fees, interest and costs of suit.

## MARYLAND CONSUMER PROTECTION ACT

21. By violating the MDCPA, Debt Collector violated the MCPA, Md. Code, Com L. Art. §13-301 (14).

WHEREFORE, Plaintiff, Linda Jackson, demands judgment against LVNV and Control for actual damages, attorneys' fees, interest and costs of suit.

## COUNT IV – UNLAWFUL USE OF TELEPHONE EQUIPMENT

22. Control's call was placed to Plaintiff's cellular telephone without her consent.

23. The telephone call made to Plaintiff's cellular telephone was willfully or knowingly made using an automatic telephone dialing system.

24. The telephone call made to Plaintiff's cellular telephone was not made for emergency purposes.

25. The telephone call made to Plaintiff's cellular telephone violated 47 U.S.C. § 227(b)(1)(A)(iii).

WHEREFORE, Plaintiff, Linda Jackson, demands judgment against LVNV and Control for actual and statutory damages, attorneys' fees, interest and costs of suit.

## JURY DEMAND

Ms. Jackson demands trial by jury.

# WENDELL FINNER PC
## LAW OFFICES

Admitted in Florida, Maryland, and Virginia.

September 19, 2018

| CREDITOR/AGENCY NAME: WALMART/SYNCHRONY | Sent to Fax Number: **866-248-8040** |
|---|---|

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2

| OUR CLIENT: LINDA JACKSON | a/n: <br> SSN: xxx-xx-2817 |
|---|---|

DOCUMENT:    Signed Notice of Representation Follows

COMMENTS:    The person who signed the attached notice is represented by the lawyers of this office with respect to all accounts owned or serviced by your firm. The identified account number, if available, is provided above for your ease in identifying the client, whom we represent with respect to **all collection accounts.** Ours client's **social security** number is provided on the next page for you to use in flagging your file. Please keep this number confidential. Please **contact us** if you need **additional identifying information** in order to process this notice. This notice is effective until revoked.

Do not contact our client. Do not give our client's information to anybody else so that the recipient will contact our client instead of this office. If you authorize or instruct any other person to contact our client, or sell or give our client's contact information to anyone else, please tell us who that is or give that party this document. Any prior permission to contact the client's cellular, home or business phone is revoked. Our client disputes your claimed debt. You are specifically advised that the claimed balance of the referenced account contains fees and charges never assented to by our client. Please be governed accordingly.

9407 Harford Road
Baltimore, MD 21234

Phone: (410) 929-2440
Fax:    (410) 449-1170

**Credit Control, LLC**
5757 Phantom Drive, Suite 330
Hazelwood, MO 63042
877-431-7784

E-FILED; Baltimore County District Court - Towson
Docket: 5/18/2021 1:27 PM; Submission: 5/18/2021 1:27 PM

F 8a.m. - 5p.m.

Letter Date
01/18/2021

## Your Account Information

Current Creditor: LVNV Funding LLC
Original Creditor: Synchrony Bank

Our Acct.#: 29241624
Orig. Acct.#: ************8098
Amount Due: $2,094.48

### Put Your Tax Refund to Work

Dear Linda Jackson, please be advised, our client, LVNV Funding LLC, has placed the above-referenced account with our office for collection. We have developed the following option(s) for you to resolve your account for less than the total Amount Due.

1. Resolve your account in 1 payment of $838.00. You save $1,256.48!
2. Resolve your account in 6 consecutive monthly payments of $175.00. You save $1,044.48!
3. Resolve your account in 12 consecutive monthly payments of $105.00. You save $834.48!

Upon completion of one of the options above, your account will be considered resolved. This offer will remain open until 02/26/2021. We are not obligated to renew this offer.

### Payment Instructions

- Make a payment via our website at www.credit-control.com.
- Submit payment via U.S. mail to: PO BOX 100, HAZELWOOD MO 63042. Please include your account number in the memo section of your check or money order.
- Call us toll-free at 877-431-7784 to make payment arrangements. Calls are recorded and may be monitored for quality assurance purposes. You may ask for Mike Riley.

### Please Read Important Disclosures

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

DISTRICT COURT OF MARYLAND #8-4
120 E CHESAPEAKE AVE
TOWSON MD 21286-5307

 CERTIFIED MAIL



7190 1817 5960 0280 7216

**"RESTRICTED DELIVERY"**

LVNV Funding, LLC
c/o resident agent CSC-Lawyers
Incorporating Services Co.
7 St. Paul St. Ste. 820
Baltimore, MD, 21202



U.S. POSTAGE ≫ PITNEY BOWES
ZIP 21228  $ 013.40
02 1W
0001386202 MAY 21. 2021



# EXHIBIT 2

**DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY**
120 E. Chesapeake Avenue
Towson Maryland 21286-5307

410-512-2000

Case Number: D-08-CV-21-019403

Linda Jackson vs. LVNV Funding, LLC, et al.

**MUST BE SERVED BY:** _____06/19/2021_____          _____Maria R. Fields_____
                                    Date                              Administrative Clerk

---

**FOR PROCESS SERVER USE ONLY**

To ☐ Sheriff/Constable    ☐ Private Process Server

You are commanded to serve this Writ of Summons and to make your return promptly if served. If you are unable to serve, you are to make your return below and return the original process to the court no later than ten (10) days following the termination of the validity of the process.

I certify that:

☐ I served a summons by delivery of the complaint and all supporting papers to: _____
                                                                                                                                    Name

on _____ _____ ☐ A.M. ☐ P.M. at _____
      Date           Time                                                                Location

The person I left the papers with acknowledged being: (1) A resident of the above listed address; (2) 18 years of age or older; (3) of suitable discretion in that relationship to the defendant is _____ ;
and that (4) the above listed address is the defendant's residence or usual place of abode. The facts upon which I concluded that the individual served is of suitable age and discretion are: _____

_____

The cost of service is $ _____

Description of the defendant/person served: Race _____ Sex _____ Ht. _____ Wt. _____ Age _____

☐ I was unable to serve because _____

ATTEMPT: _____    ATTEMPT: _____    ATTEMPT: _____    ATTEMPT: _____

REFUND TO:

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____
Print Name of Process Server

_____
Address

"Insert Barcode Here"          _____          _____
                                               City, State, Zip                    Telephone Number

                                               _____          _____
                                               Signature of Process Server        Date